GUNTER WEISSMANN (In Pro Per)
13957 Hazel Drive
Lytle Creek, CA 92358
Phone: (909) 880-1000
Fax: (909) 697-2221
E-mail: weissmann.gunter@gmail.com

MARGOT ALVIDREZ (in Pro Per)
7425 Tamarind Ave
Fontana, CA 92336
Phone: (909) 822-6328
E-mail: creativemenus@yahoo.com

Plaintiffs In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNTER WEISSMANN, an individual, and MARGOT ALVIDREZ, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>DANIELS, NORELLI, SCULLY & CECERE P.C., and DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-01977 VAP (DTBx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**TO THIS HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Plaintiff GUNTER H. WEISSMANN and MARGOT ALVIDREZ herby dismiss the above-captioned action without prejudice.

////

////

////

*Notice of Dismissal without Prejudice*

Respectfully submitted,

DATED: March 28, 2013

By: /s/ *signature*
Plaintiff GUNTER H. WEISSMANN
In Pro Per

DATED: March 28, 2013

By: /s/ *Margot Alvidrez*
Plaintiff MARGOT ALVIDREZ
In Pro Per

IT IS SO ORDERED

DATED April 4 2013

/s/ Virginia A. Phillips
U.S. DISTRICT COURT JUDGE

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE
Weissmann, Alvidrez vs. Daniels, Norelli Scully & Cecere P.C., and DOES 1 through 10